# Exhibit A

IN THE CIRCUIT COURT OF CARROLL COUNTY, MISSOURI

COMMERCE BANK, )
)
        Plaintiff, )
)
  vs. )    Case No. 16CR-AC00091-01
)
BEVERLY J. WILLIAMS and )
REBECCA PALMER, )
)
        Defendants. )

**F I L E D**

JUN 2 7 2018

CHERYL A. MANSUR
CIRCUIT CLERK
CARROLL COUNTY, MO

## ORDER

Before the Court is *Counterclaim Defendant Commerce Bank's Motion to Realign the Parties* ("*Motion*"). Original Plaintiff/Counterclaim Defendant has dismissed its original claim against Defendants/Counterclaim Plaintiffs, with prejudice. The only affirmative claims for relief pending are those of Counterclaim Plaintiffs against Counterclaim Defendant. Counterclaim Defendant requests realignment for the express purpose for seeking removal to federal court under the Class Action Fairness Act ("CAFA"). The Court has considered the arguments and authorities cited by the parties and is cognizant of federal authority relating to the effect of a state court "realignment" of parties as it relates to federal court removal jurisdiction. This Court shares the federal viewpoint that federal law, not state law, determines which party is a "defendant" for purposes of federal removal. The Court further holds the view that state law, not federal law, should determine which party is the "plaintiff" and which party is the "defendant" for purposes of state court procedure. For purposes of this case in this Court, Counterclaim Plaintiffs are the "plaintiffs" and Counterclaim Defendant is the "defendant," and realignment is appropriate. Should Counterclaim Defendant attempt to remove this case to federal court and Counterclaim

Plaintiffs oppose removal, it may well be that the case will be remanded to state court. This Court will leave that determination to its colleagues in the federal district court.

It is therefore ordered that Counterclaim Defendant Commerce Bank's *Motion to Realign the Parties* is GRANTED, and hereafter Counterclaim Plaintiffs shall hereafter be designated as "Plaintiffs" and Counterclaim Defendant shall be designated as "Defendant."

Date: 6/27/2018

Kevin Z. Walden

_____
JUDGE

2