# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BEVERLY J. WILLIAMSON, | ) |
| and | ) |
| REBECCA PALMER | ) |
|        Plaintiffs, | ) Case No. 4:18-cv-00513-DGK |
| vs. | ) |
| COMMERCE BANK | ) |
|        Defendant. | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 7.1, counsel of record for Commerce hereby discloses the following organizational interests;

1. The parent companies of the corporation: **Commerce Bancshares, Inc.**

2. Subsidiaries not wholly owned by the corporation: **None.**

3. Any publicly held company that owns ten percent (10%) or more of the corporation: **Commerce Bancshares, Inc.**

Respectfully submitted,

THOMPSON COBURN LLP

By: /s/ David M. Mangian
    Edwin G. Harvey, #30565
    David M. Mangian, #61728
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6000
    FAX 314-552-7000
    eharvey@thompsoncoburn.com
    dmangian@thompsoncoburn.com

*Attorneys for Defendant Commerce Bank*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 6th day of July, 2018, a true copy of the foregoing was electronically filed with the Clerk of the Court and served via U.S. mail, postage prepaid and email, upon:

Martin L. Daesch
Jesse B. Rochman
Onder, Shelton, O'Leary & Paterson, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119
daesch@onderlaw.com
rochman@onderlaw.com

                                                  /s/ David M. Mangian